No. 140.   OSMENT v. PITCAIRN ET AL., RECEIVERS.   ■

■■■■   October 12, 1942.  *Per Curiam:*  The last clause of § 4 of the 1890 amendments to Article VI of the Missouri constitution provides that "when a division [of the Supreme Court of Missouri] in which a cause is pending shall so order, the cause shall be transferred to the court for its decision." In *Scheufler* v. *Manufacturing Lumbermen's Underwriters,* decided July 7, 1942, the Supreme Court of Missouri stated that under this clause "either division, on application or its own motion and for reasons deemed sufficient though not enumerated in the section, may order a cause transferred to the court en banc." 349 Mo. 855, 857; 163 S. W. 2d 749, 750.  In this case petitioner made no application to transfer the cause from Division Two, where it was heard and decided, to the court en banc.  As it does not appear that petitioner has exhausted the appellate review provided by state law, the petition for certiorari must be denied for want of jurisdiction.  *Gorman* v. *Washington University,* 316 U. S. 98, and cases cited.  *Mr. H. G. Waltner, Jr.* for petitioner. *Messrs. Edgar Shook* and *N. S. Brown* for respondents.


No. 113.   DAVIDSON TRANSFER & STORAGE CO. ET AL. v. UNITED STATES ET AL. ■■■■

October 12, 1942. *Per Curiam:* The judgment is affirmed. *Mr. Charles E. Cotterill* for appellants.

No. 128. GURNEY ET AL. *v.* FERGUSON ET AL. October 12, 1942. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Messrs. W. F. Wilson, M. A. Ned Looney,* and *T. Austin Gavin* for appellants.

No. 129. TENNESSEE OIL CO. *v.* MCCANLESS, COMMISSIONER OF FINANCE AND TAXATION. October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. *Fullerton* v. *Texas,* 196 U. S. 192; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114. *Mr. Cecil Sims* for appellant. *Messrs. Roy H. Beeler,* Attorney General of Tennessee, and *William F. Barry,* Solicitor General, for appellee.

No. 160. CHELTENHAM & ABINGTON SEWERAGE CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.

No. 169. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* CHELTENHAM & ABINGTON SEWERAGE CO.

October 12, 1942. *Per Curiam:* In No. 160 the appeal is dismissed, and in No. 169 the petition for writ of